## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Mrs. Connie Meggs, et al**

       Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

       Defendant(s).

Attorney: Juli Z. Haller

Defending the Republic
1815 Sudbury Rd., NW
Washington DC 20012



*274007*

**Case Number: 1:22-cv-00005-CJN**

Legal documents received by Same Day Process Service, Inc. on **01/26/2022** at **3:31 AM** to be served upon **Bennie G. Thompson, in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol, by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia, at 501 3rd St., NW, 4th Fl., Washington, DC, 20530**

I, **Jared Mills**, swear and affirm that on **January 27, 2022** at **4:20 PM**, I did the following:

Served **Bennie G. Thompson, in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol, by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint to Toyin Abetide as Paralegal & Authorized Agent at 501 3rd St., NW, 4th Fl. , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 48 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Black Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Jared Mills**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:274007

