## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

Mrs. Connie Meggs, et al

    Plaintiff(s),

vs.

Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al

    Defendant(s).

Attorney: Juli Z. Haller

Defending the Republic
1815 Sudbury Rd., NW
Washington DC 20012


*274000*

Case Number: 1:22-cv-00005-CJN

Legal documents received by Same Day Process Service, Inc. on **01/26/2022** at **3:26 AM** to be served upon **John Wood, in his official capacity as Investigative Counsel for the Minority Members of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia, at 501 3rd St., NW, 4th Fl., Washington, DC, 20530**

I, **Jared Mills**, swear and affirm that on **January 27, 2022** at **4:20 PM**, I did the following:

Served **John Wood, in his official capacity as Investigative Counsel for the Minority Members of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint** to **Toyin Abetide** as **Paralegal & Authorized Agent** at **501 3rd St., NW, 4th Fl., Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 48 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Black Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Jared Mills
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:274000

