# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Mrs. Connie Meggs, et al

    Plaintiff(s),

VS.

Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al

    Defendant(s).

Attorney: Juli Z. Haller

Defending the Republic
1815 Sudbury Rd., NW
Washington DC 20012



*273996*

Case Number: 1:22-cv-00005-CJN

Legal documents received by Same Day Process Service, Inc. on **01/26/2022** at **3:17 AM** to be served upon **Select Committee to Investigate the January 6th Attack on the United States Capitol, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **January 27, 2022** at **4:11 PM**, I did the following:

Served **Select Committee to Investigate the January 6th Attack on the United States Capitol, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** by Certified Mailing to Select Committee to Investigate the January 6th Attack on the United States Capitol, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice at 950 Pennsylvania Ave., NW , Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 01/27/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 70203160000174827910 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. On 02/17/2022, the domestic return receipt was returned indicating that delivery was made on 02/01/2022.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:273996



273996

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Committee to Investigate the January 6 Attack on the United States Capitol, by serving Merrick B. Garland – Attorney General – U.S. Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

9590 9402 6774 1074 5677 49

2. Article Number *(Transfer from service label)*

7020 3160 0001 7482 7910

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 1 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...il
☐ ...il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt