# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Mrs. Connie Meggs, et al

        Plaintiff(s),

vs.

Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al

        Defendant(s).

Attorney: Juli Z. Haller

Defending the Republic
1815 Sudbury Rd., NW
Washington DC 20012



*273991*

Case Number: 1:22-cv-00005-CJN

Legal documents received by Same Day Process Service, Inc. on **01/26/2022** at **3:10 AM** to be served upon **Adam D. Kinzinger, in his official capacity as a member of the United States House of Representatives, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice** at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001

I, **Cora Heishman**, swear and affirm that on **January 27, 2022** at **4:11 PM**, I did the following:

Served **Adam D. Kinzinger, in his official capacity as a member of the United States House of Representatives, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** by Certified Mailing to Adam D. Kinzinger, in his official capacity as a member of the United States House of Representatives, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice at 950 Pennsylvania Ave., NW , Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 01/27/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000056443496 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. On 02/17/2022, the domestic return receipt was returned indicating that delivery was made on 02/01/2022.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Cora Heishman
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:273991



273991

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Adam D. Kinzinger<br>In his official capacity as a member of the United States House of Representatives, by serving Merrick B. Garland – Attorney General – U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB  1  2022 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6774 1074 5685 55 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 2720 0000 5644 3496 | ☐ Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |