# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Mrs. Connie Meggs, et al

    Plaintiff(s),

VS.

Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al

    Defendant(s).

Attorney: Juli Z. Haller

Defending the Republic
1815 Sudbury Rd., NW
Washington DC 20012

*274042*

**Case Number: 1:22-cv-00005-CJN**

Legal documents received by Same Day Process Service, Inc. on **01/26/2022** at **4:54 PM** to be served upon **Verizon Communications, Inc., by serving CT Corporation System at 1015 15th St., NW, #1000, Washington, DC 20005**

I, **Daniela Nunez**, swear and affirm that on **January 27, 2022** at **10:59 AM**, I did the following:

Served **Verizon Communications, Inc., by serving CT Corporation System** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** to **Anthony Serrette** as **Intake Specialist & Authorized Agent** of **Verizon Communications, Inc., by serving CT Corporation System** at **1015 15th St., NW, #1000 , Washington, DC 20005**.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Light Brown Hair Color: Bald

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Daniela Nunez* (signature)
**Daniela Nunez**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:274042

