IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MRS. CONNIE MEGGS, ET AL.<br><br>    Plaintiff(s),<br><br>v.<br><br>NANCY PELOSI, ET AL.<br><br>    Defendants. | 1:22-CV-00005-CPN |

## PLAINTIFFS' CONNIE MEGGS AND KELLY MEGGS
## RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL OF DEFENDANTS, JOHN WOOD AND TIMOTHY HEAPHY

Plaintiffs, Connie and Kelly Meggs, by and through undersigned counsel, respectfully dismiss, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("FRCP"), two Defendants, Mr. John Wood and Mr. Timothy Heaphy.

Undersigned counsel will send a copy of the Dismissal to Mr. Douglas Letter, General Counsel for the Office of General Counsel, U.S. House of Representatives, with whom undersigned counsel has conferred.

Dated: March 23, 2022

                                          Respectfully Submitted,

                                             */s/* Juli Z. Haller
                                          Juli Z. Haller
                                          D.C. Bar No.466921
                                          The Law Offices of Julia Haller
                                          601 Pennsylvania Avenue, N.W.,
                                          S. Building, Suite 900
                                          Washington, DC 20004
                                          Telephone: (202) 729-2201
                                          HallerJulia@outlook.com

*Counsel for Defendant Connie Meggs*

Respectfully Submitted,
 */s/* Jonathon A. Moseley
USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

*Counsel for Defendant Kelly Meggs*