IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MRS. CONNIE MEGGS;
MR. KELLY MEGGS,

       *Plaintiffs*,

v.

NANCY PELOSI, *et al.*,

       *Defendants*.

Case No. 1:22-cv-00005-CJN

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Congressional Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Congressional Defendants' Motion is **GRANTED**;

and it is further

**ORDERED** that Plaintiffs' claims against the Congressional Defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____

THE HONORABLE CARL J. NICHOLS
United States District Judge