# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE MEGGS; and KELLY MEGGS<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY PELOSI; BENNIE G. THOMPSON; ELIZABETH L. CHENEY; ADAM B. SCHIFF; JAMIE B. RASKIN; SUSAN E. LOFGREN; ELAINE G. LURIA; PETER R. AGUILAR; STEPHANIE MURPHY; ADAM D. KINZINGER; SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; JOHN WOOD; TIMOTHY J. HEAPHY; VERIZON COMMUNICATIONS, INC.; and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS<br><br>*Defendants.* | Case No. 1:22-cv-00005 |

## UNCONTESTED MOTION FOR EXTENSION OF TIME TO
## ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Verizon Communications Inc. ("Verizon") and Cellco Partnership d/b/a Verizon Wireless,[1] by and through its undersigned counsel, respectfully moves the Court to extend, *nunc pro tunc*, Verizon's time to answer, move, or otherwise respond to the complaint to April 12, 2022. No party opposes the relief sought by this motion. This is the first request for an extension of the response date in this matter.

---

[1] Although Cellco Partnership d/b/a Verizon Wireless was named as a defendant in this litigation, we do not understand Cellco Partnership to have been served, nor has proof of service as to Cellco Partnership been filed on the docket of this case. This request therefore pertains only to Verizon.

Verizon was served on January 27, 2022. Its response to Plaintiffs' complaint was therefore due twenty-one days later, on February 17, 2022. Due to an inadvertent oversight by outside counsel occasioned by the management of numerous other, similar, lawsuits, Verizon's outside counsel did not understand that service had been effected on the company until this week. Immediately after discovering that Verizon had been served, counsel for Verizon contacted counsel for Plaintiffs and for the House Defendants seeking their consent in filing this motion for an extension of time *nunc pro tunc* until April 12, 2022.

We apologize to the Court for any inconvenience caused by this inadvertent error, and appreciate the Court's consideration of the foregoing request. Our error was unintentional, and we therefore believe that good cause exists for extending the time for Verizon to answer, because this delay was not willful. No party would be prejudiced by the extension — indeed, all parties have consented to Verizon's request — and the Court has not yet entered a Scheduling Order in this case. Granting this request will not affect any other deadline in this action. Verizon has attached a proposed order to this motion.

April 6, 2022                                Respectfully submitted,

/s/ Reid M. Figel
Reid M. Figel
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
rfigel@kellogghansen.com

*Counsel for Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless*