IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE MEGGS; and KELLY MEGGS<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY PELOSI; BENNIE G. THOMPSON; ELIZABETH L. CHENEY; ADAM B. SCHIFF; JAMIE B. RASKIN; SUSAN E. LOFGREN; ELAINE G. LURIA; PETER R. AGUILAR; STEPHANIE MURPHY; ADAM D. KINZINGER; SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; JOHN WOOD; TIMOTHY J. HEAPHY; VERIZON COMMUNICATIONS, INC.; and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS<br><br>*Defendants*. | Case No. 1:22-cv-00005 |

**PROPOSED ORDER**

It is hereby ORDERED that the Defendant Verizon Communications Inc.'s time to answer or otherwise respond to Plaintiffs' Complaint is extended to April 12, 2022.

Date: _____          _____
                                                   HON. CARL J. NICHOLS
                                                   United States District Judge