## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **CONNIE MEGGS, Et al.**<br><br>        Plaintiffs<br><br>v.<br><br>**SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6ᵀᴴ ATTACK ON THE UNITED STATES CAPITOL, 1540A Longworth House Office Building, Washington, DC 20515, Et al.**<br><br>        Defendants. | **Civil Action No.  1:22-cv-00005** |

## <u>JOINT STATUS REPORT</u>

COMES NOW Plaintiffs, Connie Meggs and her husband, Kelly Meggs, by and through undersigned counsel, and jointly file this Status Report with the Defendants, by and through undersigned counsel, for the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol Defendants,  [hereinafter the "Congressional Defendants" or the "Select Committee"].

1. At the crux of the relief sought by Plaintiffs, is a Subpoena *Duces Tecum* issued by the Select Committee, under the Authority of the House of Representatives of the Congress of the United States of America, and signed by Chairman Bennie Thompson dated December 15, 2021.

2. Most recently, on December 12, 2022, Plaintiffs were informed by counsel for the Select Committee that the Select Committee will be withdrawing the subject subpoena issued by the Committee regarding the Meggs.

3. The Select Committee also advised that they plan to notify the carrier, Verizon, of the withdrawal via letter shortly.

4. Upon receipt of the withdrawal letter to Verizon, Plaintiffs plan to file a Rule 41 Stipulation of Dismissal as to the defendants, Verizon and the Select Committee.

[signature next page]

2

Respectfully,


_____/s/ Juli Z. Haller_____
Juli Z. Haller, DC 466921
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W.
S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

Counsel for Connie and Kelly Meggs


And

_____/s/ Douglas N. Letter_____
DOUGLAS N. LETTER
  General Counsel
TODD B. TATELMAN
  Principal Deputy General Counsel
ERIC R. COLUMBUS
  Special Litigation Counsel


OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C.  20515
(202) 225-9700
Douglas.Letter@mail.house.gov

Counsel for Congressional Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Civil Division

**CONNIE MEGGS, Et al.**

      Plaintiffs

v.

**SELECT COMMITTEE TO
INVESTIGATE THE JANUARY 6TH
ATTACK ON THE UNITED STATES
CAPITOL, 1540A Longworth House
Office Building, Washington, DC
20515, Et al.**

      Defendants.

**Civil Action No.  1:22-cv-00005**

<u>**Certificate of Electronic Service**</u>

I hereby certify that on December 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

<u>/s/ Juli Z. Haller</u>
Juli Z. Haller, DC 466921