IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

MRS. CONNIE MEGGS, ET AL.

    Plaintiff(s),

v.

NANCY PELOSI, ET AL.

    Defendants.

1:22-CV-00005-CPN

## PLAINTIFFS' CONNIE MEGGS AND KELLY MEGGS NOTICE OF DISMISSAL OF THE COMMITTEE DEFENDANTS AND STIPULATION OF DISMISSAL AS TO THE VERIZON DEFENDANTS

Plaintiffs, Connie and Kelly Meggs, by and through undersigned counsel, respectfully dismiss the Complaint, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("FRCP"), against Defendants: the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol Defendants, [hereinafter the "Committee Defendants" or the "Select Committee"].

Defendants VERIZON COMMUNICATIONS INC AND CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, (hereinafter "the Verizon Defendants") filed an Answer in this case, therefore, Plaintiffs respectfully dismisses the VERIZON Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the FRCP, herein by stipulation with undersigned counsel for the Verizon Defendants.

[SIGNATURE NEXT PAGE]

Wherefore, the Plaintiffs agree to dismiss the Committee Defendants, and by Stipulation, the Complaint is herein Dismissed against the Verizon Defendants.

Dated: December 30, 2022

Respectfully Submitted,

*Juli Z. Haller*
Juli Z. Haller
D.C. Bar No.466921
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
hallerjulia@outlook.com

*Counsel for the Plaintiffs*

And

For *Defendants Verizon Communications Inc., and Cellco Partnership d/b/a Verizon Wireless:*

/s/ Reid M. Figel
Reid M. Figel
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
rfigel@kellogghansen.com

## Certificate of Electronic Service

I hereby certify that on December 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

*/s/* Juli Z. Haller
Juli Z. Haller, DC 466921